IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer

Civil Action No. 08-cv-02796-CBS-BNB

JOSEPH SALAZAR, and
RICHARD SALAZAR,
    Plaintiffs,
v.

UNITED STATES OF AMERICA,
    Defendant.
_____

ORDER OF REFERENCE AND ORDER
_____

This civil action comes before the court on several matters:

I.    Consent to Proceed by Magistrate Judge

On April 10, 2009, the above-captioned case was referred to Magistrate Judge Craig B. Shaffer to handle all dispositive matters including trial and entry of a final judgment in accordance with 28 U.S.C. 636(c), Fed. R. Civ. P. 73, and D.C. COLO. LCivR 72.2.  (*See* doc. # 13).  All previously scheduled matters will now be handled by Magistrate Judge Shaffer at the Alfred A. Arraj United States Courthouse, Courtroom A-402, 4th Floor, 901 Nineteenth St., Denver, Colorado 80294.  Magistrate Judge Shaffer's chambers telephone number is (303) 844-2117.  All future filings in this case shall be filed in the United States District Court for the District of Colorado under the caption **Civil Action No. 08-cv-02796-CBS-BNB**.

II.     Order of Reference

The Order of Reference dated January 14, 2009 (doc. # 4) is hereby VACATED. This matter is now referred to United States Magistrate Judge Boyd N. Boland *for settlement purposes only*, to convene such settlement conferences and direct related proceedings as may facilitate settlement of this case.  A settlement conference is currently set before Magistrate Judge Boland on July 13, 2009 at 10:00 a.m.

III.    Order

A.      The deadlines and settings set forth in the Scheduling Order dated April 8, 2009 (doc. # 11) remain unchanged.

B.      **A Telephone Status Conference shall be held** by Magistrate Judge Shaffer in Courtroom A-402, 4th Floor, **on Thursday June 4, 2009 at 10:45 a.m.** Parties and counsel are advised that a Final Pretrial Conference and a trial date for a 5-day trial to the court may be scheduled at the hearing.  Counsel for Plaintiffs and Defendant shall arrange a telephone conference call among themselves before telephoning the court at (303) 844-2117 at the scheduled time.

DATED at Denver, Colorado, this 10th day of April, 2009.

BY THE COURT:

  s/Craig B. Shaffer
United States Magistrate Judge