IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 08-cv-02796-CBS-BNB

JOSEPH SALAZAR, and
RICHARD SALAZAR,

Plaintiffs,

v.

United States of America,

Defendant.

_____

## ORDER

_____

I am informed that this case has been resolved.  Accordingly,

IT IS ORDERED that on or before **February 22, 2010**, the parties shall file a stipulation

or motion to dismiss with prejudice, pursuant to Fed. R. Civ. P. 41(a).

Dated December 22, 2009.

BY THE COURT:

 s/ Boyd N. Boland                           
United States Magistrate Judge