IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer

Civil Action No. 08-cv-02796-CBS-BNB

JOSEPH SALAZAR, and
RICHARD SALAZAR,
    Plaintiffs,
v.

UNITED STATES OF AMERICA,
    Defendant.
_____

ORDER ON STIPULATION OF DISMISSAL
_____

This civil action comes before the court on the parties' "Stipulation of Dismissal" pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) (filed January 29, 2010) (doc. # 40). On April 10, 2009, the above-captioned case was referred to the Magistrate Judge to handle all dispositive matters including trial and entry of a final judgment in accordance with 28 U.S.C. 636(c), Fed. R. Civ. P. 73, and D.C. COLO. LCivR 72.2. (*See* doc. # 13). The court now being sufficiently advised in the premises,

IT IS ORDERED that the parties' Stipulation is approved and this civil action is dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with each party to bear his or its own attorney fees and costs.

DATED at Denver, Colorado, this 29th day of January, 2010.

                              BY THE COURT:

                              s/Craig B. Shaffer
                              United States Magistrate Judge